1  Anna Y. Park, SBN 164242
2  Sue J. Noh, SBN 192134
   U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
3  255 East Temple Street, Fourth Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1083
5  Facsimile: (213) 894-1301
   E-Mail: anna.park@eeoc.gov
6

7  Connie K. Liem, TX SBN 791113
   U.S. EQUAL EMPLOYMENT
8  OPPORTUNITY COMMISSION
   555 W. Beech St., Suite 504
9  San Diego, CA. 92101
10 Telephone: (619) 557-7282
   Facsimile: (619) 557-7274
11 E-Mail: connie.liem@eeoc.gov

12 Attorneys for Plaintiff
13 U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
14

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PROTECTION SERVICE, LP, d/b/a ALLIED UNIVERSAL SECURITY SERVICES,<br><br>Defendant. | Case No.: **'17CV2436 BEN NLS**<br><br>**COMPLAINT**<br>• **CIVIL RIGHTS**<br>• **EMPLOYMENT DISCRIMINATION**<br>(42 U.S.C. §§ 2000e, et seq.)<br><br>**JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 ("Title VII"), to correct unlawful employment practices and to provide appropriate relief to Charging Party William Webb ("Webb"). Plaintiff United States Equal Employment Opportunity Commission alleges that Universal Protection Service, LP d/b/a Allied Universal Security Services unlawfully discriminated against Webb based on religion (Islam) and retaliation in violation of Title VII.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3), as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 102 of Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of California.

## PARTIES

3.  Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "Commission") is an agency of the United States of America, charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, Universal Protection Service, LP d/b/a Allied Universal Security Services ("Defendant") has continuously been a corporation doing business in San Diego County, State of California.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e (g) and (h).

6. At all relevant times, Defendant has continuously employed at least 15 employees.

7. Webb filed an EEOC charge of discrimination against AlliedBarton Security Services. However, Universal Protection Service, LP d/b/a Allied Universal Security Services is the proper employer and the entity responsible for (i) providing the monetary relief set forth below to Webb, and (ii) implementing the non-monetary relief. Thus, Universal Protection Service, LP d/b/a Allied Universal Security Services is the proper and/or correct party-defendant in this action.

## STATEMENT OF CLAIMS

8. All conditions precedent have been fulfilled by more than thirty (30) days prior to the institution of this lawsuit.

9. The Commission issued Defendant Letters of Determination finding reasonable cause to believe that Title VII was violated and invited Defendant to join with the Commission in informal methods of conciliation to provide appropriate relief.

10. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11. Defendant operates a private security services company within San Diego County, CA.

12. Webb was employed as a Security Guard by Defendant from July 24, 2015 to July 30, 2015. Webb was qualified for the Security Guard position.

13. During July 2015, Defendant discriminated against Webb based on his religion (Islam) in violation of Sections 701(j) and 703(a) of Title VII.

14. On July 30, 2015, Defendant discharged Webb based on religion (Islam) and retaliation in violation of Sections 703(a) and 704 (a) of Title VII.

15. The effect of the practices complained of in paragraphs 13-14 above has been to deprive Webb of equal employment opportunities based on religion and for having engaged in protected activity.

16. The employment practices complained of in paragraphs 13-14 above were intentional and caused Webb to suffer emotional distress.

## PRAYER FOR RELIEF

The Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant from engaging in any employment practice in violation of Title VII.

B. Order Defendant to institute and carry out policies, practices, and programs to prevent unlawful employment practices.

C. Order Defendant to make whole Webb by providing appropriate back pay with prejudgment interest.

D. Order Defendant to make Webb whole by providing compensation for past and future pecuniary losses, and for emotional pain, suffering, and mental anguish.

///
///
///

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: December 5, 2017                Respectfully Submitted

JAMES L. LEE,
Acting General Counsel

GWENDOLYN YOUNG REAMS,
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 "M" Street, N.E.
Washington, D.C.  20507

By: _____
ANNA Y. PARK,
Regional Attorney

SUE J. NOH,
Supervisory Trial Attorney

CONNIE K. LIEM,
Senior Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION