Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: anna.park@eeoc.gov

Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
555 West Beech St., Suite 504
San Diego, CA. 92101
Telephone: (619) 557-7282
Facsimile: (619) 557-7274
E-Mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LP,<br><br>Defendant(s). | Case No: 17CV02436 BEN (NLS)<br><br>**JOINT NOTICE TO WITHDRAW MOTION TO APPEAR TELEPHONICALLY FOR HEARING (ECF No. 12)**<br><br>Date: January 18, 2018<br>Time: 10:30 AM<br>Courtoom 5A<br><br>Hon. Roger T. Benitez<br>U.S. District Judge |

To the Honorable Roger T. Benitez:

    Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Universal Protection Services, Inc. ("Defendant") are withdrawing their Joint Motion to Appear Telephonically at the hearing on January 18, 2018 at 10:30 am. (ECF No. 12) Plaintiff EEOC counsel Connie K. Liem and Defendant's counsel W. Brian Holladay intend to personally appear for the hearing.

                                        Respectfully Submitted,

                                        MARTENSON, HASBROUCK & SIMON, LLP

Dated: January 16, 2018        S/ W. Brian Holladay
                                        W. Brian Holladay, Esq.
                                        E-Mail: bholladay@martensonlaw.com

                                        Attorney for Defendant Universal Protection Services, LP

                                        U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: January 16, 2018        S/ Connie K. Liem
                                        Connie K. Liem, Esq.
                                        E-Mail: connie.liem@eeoc.goc
                                        EEOC Senior Trial Attorney

                                        Attorney for Plaintiff EEOC

## CERTIFICATE OF AUTHORIZED SIGNATURE AND ECF SERVICE

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission. My business address is Equal Employment Opportunity Commission, 555 W. Beech St., Suite 504, San Diego, CA. 92101.

I certify that the content of this document is acceptable to all persons required to sign the document by obtaining authorization for the electronic signatures of all the parties on the document. Moreover, on the date that this declaration was executed, as shown below, I served the foregoing JOINT NOTICE TO WITHDRAW MOTION TO APPEAR TELEPHONICALLY FOR HEARING *via* the Court's CM/ECF electronic filing service to the following:

W. Brian Holladay, Esq.
E-Mail: bholladay@martensonlaw.com
Karimah J. Lamar
E-Mail: klamar@cdflaborlaw.com

Attorneys for Defendant Universal Protection Service, LP

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2018 at San Diego, California.

S/Connie K. Liem
Connie K. Liem